# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| SSI Technology, Inc. | )  ASBCA Nos. 60350, 60440 |
| | ) |
| Under Contract No. W56HZV-12-C-0058 | ) |

APPEARANCES FOR THE APPELLANT:       Brett S. Wacker, Esq.
                                     Emily J. Baldwin, Esq.
                                      Clark Hill PLC
                                      Detroit, MI

APPEARANCES FOR THE GOVERNMENT:      Raymond M. Saunders, Esq.
                                      Army Chief Trial Attorney
                                     CPT Jessica E. Hom, JA
                                     MAJ Christopher M. Coy, JA
                                      Trial Attorneys

## ORDER OF DISMISSAL

By motion filed on 24 February 2017, appellant has moved for dismissal of these appeals, with prejudice, pursuant to a settlement agreement. Accordingly, these appeals are dismissed from the Board's docket with prejudice.

Dated: 1 March 2017

J. REID PROUTY
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60350, 60440, Appeals of SSI Technology, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals